IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40864
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

RAUL REYES,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-96-CR-92
- - - - - - - - - -
February 21, 1997

Before SMITH, EMILIO M. GARZA, and PARKER, Circuit Judges.

PER CURIAM:[*]

      Raul Reyes appeals his conviction for possession of marijuana with intent to distribute on the ground that the district court clearly erred by denying his motion to suppress evidence.  We have reviewed the evidence and the briefs of the parties and find no error in the denial of the motion to suppress.  See United States v. Casteneda, 951 F.2d 44, 47-48 (5th Cir. 1992).

      AFFIRMED.

_____

      [*]  Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.